UNITED STATES DISTRICT COURT
**NORTHERN DISTRICT OF NEW YORK**

CHARLES S. BACON

              **Plaintiff,**

   - vs -

FALSO HEATING & SHEET METAL, INC., FALSO
SERVICE EXPERTS, LLC, LENNOX INDUSTRIES,
INC, a/k/a FALSO HEATING & SHEET METAL,
INC., a/k/a FALSO SERVICE EXPERTS, LLC, PAUL
WALLACE, and THERESA PRATT;

              **Defendants.**

**STIPULATION AND
CONSENT ORDER OF
DISMISSAL WITH
PREJUDICE**

Case No.: 08-CV-646

---

      The above-named parties, by and through their undersigned attorneys, the said parties being all

parties who have appeared in this action, none of whom is an infant, an incompetent person for whom a

committee has been appointed or a conservatee, and there being no person not a party who has an

interest in the subject matter of the action, hereby stipulate and agree, in accordance with a Settlement

Agreement dated March _1_, 2010, that this action shall be dismissed pursuant to Rule 41(a) of the

Federal Rules of Civil Procedure, with prejudice and on the merits, each party to bear their own costs

incurred prior to the date of this stipulation.

DATED:     Syracuse, New York
            March _17_, 2010

For the Plaintiff:

**LAURIN HADDAD, ESQ.**

By: _____
     Laurin Haddad, Esq.
333 East Onondaga Street, Suite 300
Syracuse, New York 13202
Telephone: (315) 849-1443

For the Defendants:

**JAECKLE, FLEISCHMANN & MUGEL, LLP**

By: _____
     Thomas E. Brydges, Esq.
 Twelve Fountain Plaza
 Buffalo, New York 14202-2292
 Telephone: (716) 843-3812

       IT IS SO ORDERED, this _19th_ day of _March_, 2010

                           _____
                        Hon. Glenn T. Suddaby